AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

PAUL E. HENSLEY,

        Plaitniff,

**v.**

ROGERS STATE PRISON,

        Defendant.

## JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV 622-003

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that, pursuant to the Order of the Court dated March 16, 2022, the Magistrate Judge's Report and Recommendation as the opinion of the Court. Therefore, Plaintiff's Complaint is dismissed without prejudice for failure to follow this Court's Order and failure to prosecute. Plaintiff is denied in forma pauperis status on appeal, and this case stands closed.

March 16, 2022
*Date*

John E. Triplett, Clerk of Court
*Clerk*

*(By) Deputy Clerk*

GAS Rev 10/2020